1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant CAVAN
6

Case 3:05-cr-00752-JCS   Document 9   Filed 01/25/2006   Page 1 of 2

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-05-0752 JCS
                                    )
12           Plaintiff,              )   STIPULATION AND [~~PROPOSED~~]
                                    )   ORDER TO EXCLUDE TIME UNDER THE
13     v.                            )   SPEEDY TRIAL ACT
                                    )
14 WILLIAM CAVAN,                    )
                                    )
15           Defendant.              )
                                    )
16 _____

17      On January 25, 2006, the parties appeared before this Court for trial setting. Defense

18 counsel indicated that further investigation and discovery is necessary to prepare effectively for

19 trial. The Court set the matter for trial on March 21, 2006. At the request of defense counsel, the

20 Court found that an exclusion of time under the Speedy Trial Act is appropriate for the period

21 from January 25, 2006 through March 21, 2006 to provide for the effective preparation of

22 counsel. The Court instructed counsel to prepare a stipulation and proposed order memorializing

23 the exclusion.

24 ///

25 ///

26

CR 05-0752 JCS; STIP. & ~~PROPOSED~~ ORDER
EXCLUDING TIME UNDER SPEEDY TRIAL
ACT                                              1

1     The parties agree and stipulate that the requested exclusion is appropriate to facilitate

2 counsel's effective preparation.

3     IT SO STIPULATED.

4                                BARRY J. PORTMAN
                                 Federal Public Defender

Case 3:05-cr-00752-JCS   Document 9   Filed 01/25/2006   Page 2 of 2

6 Dated: 1/25/06

                               JOSH COHEN
7                                Assistant Federal Public Defender

8                                KEVIN V. RYAN
                               United States Attorney

10 Dated:

                               SCOTT MAZZOLA
11                                Law Clerk
                               DEREK OWENS
12                                Special Assistant United States Attorney

### ORDER

15     Accordingly, the Court hereby ORDERS that the time from January 25, 2006 through

16 March 21, 2006 shall be excluded under the Speedy Trial Act. The Court finds that the failure to

17 grant the requested continuance would deny the defendant effective preparation of counsel. *See*

18 18 U.S.C. § 3161(h)(8)(B)(iv). The Court further finds that the ends of justice served by granting

19 the requested continuance outweigh the best interests of the public and the defendant in a speedy

20 trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(8)(A).

21     IT IS SO ORDERED.

22 Dated: Janaury 25, 2006

                               JOSEPH C. SPERO
23                                UNITED STATES MAGISTRATE JUDGE

CR 05-0752 JCS; STIP. & ~~PROPOSED~~ ORDER
EXCLUDING TIME UNDER SPEEDY TRIAL
ACT                                           2