1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   JULIA N. LE
6  Law Clerk

7       450 Golden Gate Avenue, Box 36045
        San Francisco, California 94102
8       Telephone: (415) 436-7200
        Fax: (415) 436-7234
9
   Attorneys for Plaintiff
10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13
                                              JCS
14 UNITED STATES OF AMERICA,       )   No. CR 05-00752 ~~MAG~~
                                   )
15                                 )
        Plaintiff,                 )   MOTION TO DISMISS
16                                 )   AND ORDER
   v.                              )
17                                 )
   WILLIAM T. CAVAN                )
18                                 )
                                   )
19      Defendant.                 )
                                   )
20
        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court
21
   endorsed herein, the United States Attorney for the Northern District of California hereby
22
   dismisses the above Information without prejudice against the defendant, William T. Cavan.
23

24
   DATED:    2/15/2006                     Respectfully submitted,
25
                                           KEVIN V. RYAN
26                                         United States Attorney

27                                         /s/ Derek Owens

28                                         _____
                                           DEREK R. OWENS
                                           Special Assistant United States Attorney

NOTICE OF DISMISSAL
CR 05-00752 MAG

1 | Leave is granted to the government to dismiss the information without prejudice.
2 |        IT IS SO ORDERED.
3 | DATED: __February 16, 2006__

                                          _____
                                          JOSEPH S. SPERO
                                          United States Magistrate Judge

NOTICE OF DISMISSAL
CR 05-00752 MAG